Form 199 − ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32727−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meridan Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−8924

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

   NOTICE IS HEREBY GIVEN that Marie−Ann Greenberg was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Marie−Ann Greenberg.

   ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:           5/19/20
Time:           10:30 AM
Location:

   Please note, all previously scheduled deadlines remain the same.


Dated: May 7, 2020
JAN:

Jeanne Naughton
Clerk

```
                    United States Bankruptcy Court
                         District of New Jersey

In re:                                                   Case No. 19-32727-VFP
Celia Marie Zelinski                                     Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: May 07, 2020
                             Form ID: 199             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db             +Celia Marie Zelinski,    50 Meridan Road,    Rockaway, NJ 07866-1307
518604651      +Atlantic Health System,    475 South Street,    Morristown, NJ 07960-6459
518604653      +Bank of New Jersey,    P.O. Box 26012,    Attn. Bankruptcy,    Greensboro, NC 27420-6012
518604654      +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518604659      +Ditech,   Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
518681010      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
518604661       KML Law Group, P.C.,    430,    New Providence, NJ 07974
518604660      +Kia Motors Finance,    P.O. Box 20825,    Attn: Bankruptcy,    Fountain Valley, CA 92728-0825
518604663      +Morris County Special Civil Part,    77 Hamilton St.,    Paterson, NJ 07505-2018
518712960      +NewRez LLC DBA Shellpoint Mortgage Serv,    PO Box 10826,    Greenville, SC 29603-0826
518710236       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
518604665       Quality Asset Recovery,    PO Box 239,    Attn. Bankruptcy,    Gibbsboro, NJ 08026-0239
518604666      +Santander Bank,    Po Box 12646,    Reading, PA 19612-2646
518604667      +St. Clares Health System,    P.O. Box 536598,    Pittsburgh, PA 15253-5907
518604670      +Walter J. Zelinski II,    50 Meridan Road,    Rockaway, NJ 07866-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:42:16
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518604650       E-mail/Text: ebn@americollect.com May 07 2020 23:38:28     AmeriCollect,    PO Box 1566,
                 Manitowoc, WI 54221
518604652      +E-mail/Text: bk@avant.com May 07 2020 23:38:50     Avant,    P.O. Box 9183380,
                 Attn. Bankruptcy,    Chicago, IL 60691-3380
518604655      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2020 23:43:29     Capital One,
                 PO Box 30285,    Attn. Bankruptcy,    Salt Lake City, UT 84130-0285
518622233      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2020 23:43:49
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518604656       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2020 23:38:03     Comenity Bank,
                 PO BOX 18215,    Columbus, OH 43218-2273
518604657       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 07 2020 23:38:03     Comenitybank/New York,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
518604658      +E-mail/Text: mrdiscen@discover.com May 07 2020 23:37:37     Discover Bank,    2500 Lake Cook Rd.,
                 Deerfield, IL 60015-3801
518604662      +E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 23:42:47     LVNV Funding, LLC,
                 PO Box 10497,    Attn. Bankruptcy,    Greenville, SC 29603-0497
518681540       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 23:42:45     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518604664       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 23:41:54
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-1223
518652012       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 23:42:37
                 Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator Red,    POB 41067,
                 Norfolk VA 23541
518652011       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 23:42:36
                 Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,    POB 41067,    Norfolk VA 23541
518607370      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:42:17     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518604668       E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:42:16     Synchrony Bank,    PO Box 960012,
                 Orlando, FL 32896-0012
518604669      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2020 23:43:48     Verizon,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: May 07, 2020
                              Form ID: 199               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Celia Marie Zelinski dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```