UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Rez d/b/a Shellpoint, et al.

In Re:

Celia Marie Zelinski,

Debtor.

Case No.:     19-32727-VFP

Chapter:     13

Hearing Date:     5/21/2020

Judge:     Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 37)

_____

Date: 5/14/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*