UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

## Certified Mail / RR

**Bank of New Jersey**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 26012
Greensboro, NC 27410

**Barclays Bank Delaware**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 8803
Wilmington, DE 19899

**Capital One**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 30285
Salt Lake City, UT 84130

**Comenity Bank**
Attn: Vice President / C.E.O. / Resp. Agent
PO BOX 18215
Columbus, OH 43218-2273

**Discover Bank**
Attn: Vice President / C.E.O. / Resp. Agent
2500 Lake Cook Rd.
Deerfield, IL 60015

**Kia Motors Finance**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 20825
Fountain Valley, CA 92728

**LVNV Funding, LLC**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 10497
Greenville, SC 29603

**Santander Bank**
Attn: Vice President / C.E.O. / Resp. Agent
Po Box 12646
Reading, PA 19612

**Synchrony Bank**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 960012
Orlando, FL 32896-0012

**Ditech**
Attn: Vice President / C.E.O. / Resp. Agent
Po Box 6172
Rapid City, SD 57709

## Regular Mail

**AmeriCollect**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 1566
Manitowoc, WI 54221

**Arnold Stadtmauer, Esq.**
1035 Route 46 East
Suite 208
Clifton, NJ 07015

**Atlantic Health System**
Attn: Vice President / C.E.O. / Resp. Agent
475 South Street
Morristown, NJ 07960

**Avant**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 9183380
Chicago, IL 60691

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**KML Law Group, P.C.**
Attn: Rebecca A. Solarz, Esquire
216 Haddon Avenue, Suite 406
Westmont, NJ 08108

**Morris County Special Civil Part**
77 Hamilton St.
Paterson, NJ 07505

**Portfolio Recovery Associates, LLC**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 12914
Norfolk, VA 23541-1223

**Quality Asset Recovery**
Attn: Vice President / C.E.O. / Resp. Agent
PO Box 239
Gibbsboro, NJ 08026-0239

**St. Clares Health System**
Attn: Vice President / C.E.O. / Resp. Agent
P.O. Box 536598
Pittsburgh, PA 15253

**Verizon**
Attn: Vice President / C.E.O. / Resp. Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Walter J. Zelinski II**
50 Meridan Road
Rockaway, NJ 07866

| | | |
|---|---|---|
| **Celia Marie Zelinski**<br>50 Meridan Road<br>Rockaway, NJ 07866 | **U.S. Trustee**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | **Atlas Acquisitions LLC**<br>Attn: Avi Schild<br>294 Union St.<br>Hackensack, NJ 07601 |
| **Joel R. Glucksman (JG 6443)**<br>Scarinci & Hollenbeck, LLC<br>1100 Valley Brook Avenue, P.O. Box 790<br>Lyndhurst, NJ 07071-0790 | **Morton & Craig, LLC**<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | **Friedman Vartolo, LLP**<br>Attorneys for SN Servicing Corporation<br>Attn: Johnathan Schwalb, Esq.<br>85 Broad Street, Suite 501<br>New York, NY 10004 |
| **RAS Crane, LLC**<br>Attn: Bankruptcy Department – Laura Egerman<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097 | **Attn: Peter J. D'Auria, Esq.**<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | **Synchrony Bank**<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
| **MTGLQ Investors LP**<br>c/o Selene Finance LP<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042-4546 | **Sherri J. Braunstein, Esq.**<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054 | |