Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19–32727–VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meridan Road
   Rockaway, NJ 07866

Social Security No.:
   xxx–xx–8924

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      10/15/20
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$2,963.50

EXPENSES
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 14, 2020
JAN:

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Celia Marie Zelinski  
    Debtor

Case No. 19-32727-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Sep 14, 2020  
                          Form ID: 137      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.

```
db              +Celia Marie Zelinski,    50 Meridan Road,    Rockaway, NJ 07866-1307
518604651       +Atlantic Health System,    475 South Street,    Morristown, NJ 07960-6459
518604653       +Bank of New Jersey,    P.O. Box 26012,    Attn. Bankruptcy,    Greensboro, NC 27420-6012
518604654       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518604659       +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
518681010       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
518604661        KML Law Group, P.C.,    430,    New Providence, NJ 07974
518604660       +Kia Motors Finance,    P.O. Box 20825,    Attn: Bankruptcy,    Fountain Valley, CA 92728-0825
518604663       +Morris County Special Civil Part,    77 Hamilton St.,    Paterson, NJ 07505-2018
518712960       +NewRez LLC DBA Shellpoint Mortgage Serv,    PO Box 10826,    Greenville, SC 29603-0826
518710236        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
518604665        Quality Asset Recovery,    PO Box 239,    Attn. Bankruptcy,    Gibbsboro, NJ 08026-0239
518604666       +Santander Bank,    Po Box 12646,    Reading, PA 19612-2646
518604667       +St. Clares Health System,    P.O. Box 536598,    Pittsburgh, PA 15253-5907
518604670       +Walter J. Zelinski II,    50 Meridan Road,    Rockaway, NJ 07866-1307
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2020 23:39:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2020 23:39:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2020 23:40:35
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518604650        E-mail/Text: ebn@americollect.com Sep 14 2020 23:39:51      AmeriCollect,    PO Box 1566,
                 Manitowoc, WI 54221
518604652       +E-mail/Text: bk@avant.com Sep 14 2020 23:40:07      Avant,    P.O. Box 9183380,
                 Attn. Bankruptcy,    Chicago, IL 60691-3380
518604655       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 14 2020 23:41:06      Capital One,
                 PO Box 30285,    Attn. Bankruptcy,    Salt Lake City, UT 84130-0285
518622233       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2020 23:40:49
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518604656        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 14 2020 23:39:30      Comenity Bank,
                 PO BOX 18215,    Columbus, OH 43218-2273
518604657        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 14 2020 23:39:30      Comenitybank/New York,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
518604658       +E-mail/Text: mrdiscen@discover.com Sep 14 2020 23:39:01      Discover Bank,    2500 Lake Cook Rd.,
                 Deerfield, IL 60015-3801
518604662       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2020 23:40:46      LVNV Funding, LLC,
                 PO Box 10497,    Attn: Bankruptcy,    Greenville, SC 29603-0497
518681540        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2020 23:40:48      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518604664        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2020 23:41:12
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-1223
518652012        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2020 23:41:42
                 Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator Red,    POB 41067,
                 Norfolk VA 23541
518652011        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2020 23:41:13
                 Portfolio Recovery Associates, LLC,    c/o Synchrony Bank,    POB 41067,    Norfolk VA 23541
518607370       +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2020 23:40:35      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518604668        E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2020 23:40:59      Synchrony Bank,    PO Box 960012,
                 Orlando, FL 32896-0012
518604669       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2020 23:41:48      Verizon,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 18
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin               Page 2 of 2           Date Rcvd: Sep 14, 2020
                              Form ID: 137              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Celia Marie Zelinski dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.co
               m;martinezcr93878@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```