| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, NJ 07470<br>973-696-8391<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>Attorney for Debtor | Order Filed on October 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Celia Marie Zelinski,<br><br>     Debtor. | Case No.:  19-32727<br><br>Chapter:  13<br><br>Judge:  VFP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2020**

                        /s/ Vincent F. Papalia
                      **Honorable Vincent F. Papalia**
                      **United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ 2,963.50 for services rendered and expenses in the amount of $ 40.00 for a total of $ 3,003.50 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 250.00 per month for 51 months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Celia Marie Zelinski  
    Debtor(s)

Case No. 19-32727-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 21, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Celia Marie Zelinski, 50 Meridan Road, Rockaway, NJ 07866-1307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Celia Marie Zelinski dstevens@scura.com ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 21, 2020 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5