UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____       _____
                                                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

```
AmeriCollect
PO Box 1566
Manitowoc, WI 54221


Arnold Stadtmauer, Esq.
1035 Route 46 East
Suite 208
Clifton, NJ 07015


Atlantic Health System
475 South Street
Morristown, NJ 07960


Avant
P.O. Box 9183380
Attn. Bankruptcy
Chicago, IL 60691


Bank of New Jersey * Via CMRRR
P.O. Box 26012
Greensboro, NC 27410
Attn:CEO,Pres,Reg Agent


Barclays Bank Delaware *Via CMRRR
PO Box 8803
Wilmington, DE 19899
Attn:CEO,Pres,Reg Agent


Capital One *Via CMRRR
PO Box 30285
Attn. Bankruptcy
Salt Lake City,UT 84130
Attn:CEO,Pres,Reg Agent


Comenity Bank *Via CMRRR
PO BOX 18215
Columbus, OH 43218-2273
Attn:CEO,Pres,Reg Agent


Comenitybank/New York *Via CMRRR
Attn: Bankruptcy
Po Box 18215
Columbus, OH 43218
Attn:CEO,Pres,Reg Agent


Discover Bank *Via CMRRR
2500 Lake Cook Rd.
Deerfield, IL 60015
Attn:CEO,Pres,Reg Agent
```

Ditech  
Attn: Bankruptcy  
Po Box 6172  
Rapid City, SD 57709  

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101  

Kia Motors Finance  
P.O. Box 20825  
Attn: Bankruptcy  
Fountain Valley, CA 92728  

LVNV Funding, LLC  
PO Box 10497  
Attn: Bankruptcy  
Greenville, SC 29603  

Morris County Special Civil Part  
77 Hamilton St.  
Paterson, NJ 07505  

Portfolio Recovery Associates, LLC  
PO Box 12914  
Norfolk, VA 23541-1223  

Quality Asset Recovery  
PO Box 239  
Attn. Bankruptcy  
Gibbsboro, NJ 08026-0239  

Santander Bank *Via CMRRR  
Po Box 12646  
Reading, PA 19612  
Attn:CEO,Pres,Reg Agent  

St. Clares Health System  
P.O. Box 536598  
Pittsburgh, PA 15253

Synchrony Bank
PO Box 960012
Orlando, FL 32896-0012


Verizon
4515 N Santa Fe Ave
Oklahoma City, OK 73118


Walter J. Zelinski II
50 Meridan Road
Rockaway, NJ 07866