SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  CELIA MARIE ZELINSKI                                Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
50 MERIDAN ROAD                                                     1599 HAMBURG TURNPIKE
ROCKAWAY,  NJ  07866                                             WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-32727

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $14,759.97**

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/21/2020 | $150.00 | 498485 | 01/21/2020 | $150.00 | 498483 |
| 02/25/2020 | $190.00 | 498489 | 03/24/2020 | $190.00 | 498494 |
| 05/22/2020 | $570.00 | 26422464205 | 06/25/2020 | $380.00 | 26422460223 |
| 07/08/2020 | $190.00 | 26422457984 | 08/25/2020 | $190.00 | 26422472654 |
| 09/29/2020 | $190.00 | 26453728012 | 11/10/2020 | $380.00 | 26453733614 |

**Total Receipts: $2,580.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,580.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 192.11 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,563.50 | 100.00% | 2,387.89 | 3,175.61 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICOLLECT | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF NEW JERSEY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAPITAL ONE BANK (USA) NA | UNSECURED | 218.84 | * | 0.00 | |
| 0007 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | NEWREZ LLC | MORTGAGE ARRE | 46,257.03 | 100.00% | 0.00 | |
| 0012 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 5,833.27 | * | 0.00 | |
| 0016 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | ST. CLARES HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,905.18 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,713.62 | * | 0.00 | |

**Chapter 13 Case # 19-32727**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0026 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0027 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $2,580.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $2,580.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,580.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.