**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Celia Marie Zelinski** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number   **19-32727**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................................. $ **150,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................................ $ **39,340.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................................. $ **189,340.00**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **251,671.12**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ **17,671.88**

   **Your total liabilities** $ **269,343.00**

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................. $ **3,736.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................... $ **3,541.10**

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

3/10/21 10:17AM

Debtor 1  **Celia Marie Zelinski**  Case number *(if known)* **19-32727**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $  **8,338.32**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Celia Marie Zelinski** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 19-32727 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Kia Motors Finance**<br>Creditor's Name<br><br>**P.O. Box 20825**<br>**Attn: Bankruptcy**<br>**Fountain Valley, CA**<br>**92728**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br><br>**2018 Kia Sportage 36000 miles**<br>**Vehicle is a lease**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,080.25 | $28,890.00 | $0.00 |

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **lease**

**Date debt was incurred**    2018          **Last 4 digits of account number**    4922

Document    Page 4 of 8

3/10/21 10:17AM

| Debtor 1 | **Celia Marie Zelinski** | | Case number (if known) | **19-32727** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.2 | **NewRez, LLC d/b/a/ Shellpoint Mortgage S** | Describe the property that secures the claim: | $246,590.87 | $300,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**50 Meridan Road Rockaway, NJ 07866  Morris County 300,000-30,000(cost of sale)=270,000-246,590.87 (lien)=23,409.13/2=11,704.57-25,150 (exemption)= 0 non exempt equity**

**PO Box 10826**
**Greenville, SC 29603**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred  **Opened 11/04**    Last 4 digits of account number  **4502**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $251,671.12 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $251,671.12 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**KML Law Group, P.C.**
**430**
**New Providence, NJ 07974**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  **7418**

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Celia Marie Zelinski** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 19-32727 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Celia Marie Zelinski**                              X _____
**Celia Marie Zelinski**                                        Signature of Debtor 2
Signature of Debtor 1

Date **March 10, 2021**                                       Date _____

AmeriCollect
PO Box 1566
Manitowoc, WI 54221


Arnold Stadtmauer, Esq.
1035 Route 46 East
Suite 208
Clifton, NJ 07015


Atlantic Health System
475 South Street
Morristown, NJ 07960


Avant
P.O. Box 9183380
Attn. Bankruptcy
Chicago, IL 60691


Bank of New Jersey
P.O. Box 26012
Attn. Bankruptcy
Greensboro, NC 27410


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899


Capital One
PO Box 30285
Attn. Bankruptcy
Salt Lake City, UT 84130


Comenity Bank
PO BOX 18215
Columbus, OH 43218-2273


Comenitybank/New York
Attn: Bankruptcy
Po Box 18215
Columbus, OH 43218


Discover Bank
2500 Lake Cook Rd.
Deerfield, IL 60015

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Kia Motors Finance
P.O. Box 20825
Attn: Bankruptcy
Fountain Valley, CA 92728


KML Law Group, P.C.
430
New Providence, NJ 07974


LVNV Funding, LLC
PO Box 10497
Attn: Bankruptcy
Greenville, SC 29603


Morris County Special Civil Part
77 Hamilton St.
Paterson, NJ 07505


NewRez, LLC d/b/a/ Shellpoint Mortgage S
PO Box 10826
Greenville, SC 29603


Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541-1223


Quality Asset Recovery
PO Box 239
Attn. Bankruptcy
Gibbsboro, NJ 08026-0239


Santander Bank
Po Box 12646
Reading, PA 19612


St. Clares Health System
P.O. Box 536598
Pittsburgh, PA 15253
```

```
Synchrony Bank
PO Box 960012
Orlando, FL 32896-0012


Verizon
4515 N Santa Fe Ave
Oklahoma City, OK 73118


Walter J. Zelinski II
50 Meridan Road
Rockaway, NJ 07866
```