Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.:  19−32727−VFP
                                Chapter:  13
                                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meridan Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−8924

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 19, 2021.


Dated: March 19, 2021
JAN: mcp

                                                                                                        Jeanne Naughton
                                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-32727-VFP

Celia Marie Zelinski                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                     Page 1 of 3
Date Rcvd: Mar 19, 2021                 Form ID: plncf13                                 Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celia Marie Zelinski, 50 Meridan Road, Rockaway, NJ 07866-1307 |
| cr | + | HYUNDAI CAPITAL AMERICA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518604651 | + | Atlantic Health System, 475 South Street, Morristown, NJ 07960-6459 |
| 518604653 | + | Bank of New Jersey, P.O. Box 26012, Attn. Bankruptcy, Greensboro, NC 27420-6012 |
| 518604654 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518604659 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 518681010 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518604661 |   | KML Law Group, P.C., 430, New Providence, NJ 07974 |
| 518604660 | + | Kia Motors Finance, P.O. Box 20825, Attn: Bankruptcy, Fountain Valley, CA 92728-0825 |
| 518604663 | + | Morris County Special Civil Part, 77 Hamilton St., Paterson, NJ 07505-2018 |
| 518712960 | + | NewRez LLC DBA Shellpoint Mortgage Serv, PO Box 10826, Greenville, SC 29603-0826 |
| 518710236 |   | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519133909 | + | NewRez, LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518604665 |   | Quality Asset Recovery, PO Box 239, Attn. Bankruptcy, Gibbsboro, NJ 08026-0239 |
| 518604666 | + | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 518604667 | + | St. Clares Health System, P.O. Box 536598, Pittsburgh, PA 15253-5907 |
| 518604670 | + | Walter J. Zelinski II, 50 Meridan Road, Rockaway, NJ 07866-1307 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 20 2021 00:01:58 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518604650 | | Email/Text: ebn@americollect.com | Mar 19 2021 21:13:00 | AmeriCollect, PO Box 1566, Manitowoc, WI 54221 |
| 518604652 | + | Email/Text: bk@avant.com | Mar 19 2021 21:14:00 | Avant, P.O. Box 9183380, Attn. Bankruptcy, Chicago, IL 60691-3380 |
| 518604655 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 20 2021 00:02:55 | Capital One, PO Box 30285, Attn. Bankruptcy, Salt Lake City, UT 84130-0285 |
| 518622233 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 19 2021 23:41:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604656 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2021 21:12:00 | Comenity Bank, PO BOX 18215, Columbus, OH 43218-2273 |
| 518604657 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2021 21:12:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518604658 | + | Email/Text: mrdiscen@discover.com | | |

Case 19-32727-VFP    Doc 93    Filed 03/21/21    Entered 03/22/21 00:54:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 19 2021 21:10:00 | Discover Bank, 2500 Lake Cook Rd., Deerfield, IL 60015-3801 |
| 518604662 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:50:20 | LVNV Funding, LLC, PO Box 10497, Attn: Bankruptcy, Greenville, SC 29603-0497 |
| 518681540 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:39:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518604664 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2021 23:38:27 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| 518652012 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2021 23:38:28 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 518652011 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2021 23:49:56 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518604668 | | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 23:36:52 | Synchrony Bank, PO Box 960012, Orlando, FL 32896-0012 |
| 518607370 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 23:36:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518604669 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 19 2021 23:52:03 | Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Celia Marie Zelinski dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 19, 2021 | Form ID: plncf13 | Total Noticed: 35

| | |
|---|---|
| Jamal J Romero | on behalf of Debtor Celia Marie Zelinski jromero@scura.com rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7