SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  CELIA MARIE ZELINSKI　　　　　　　　　　　Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
　　　50 MERIDAN ROAD　　　　　　　　　　　　　　　　　1599 HAMBURG TURNPIKE
　　　ROCKAWAY, NJ  07866　　　　　　　　　　　　　　　WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 19-32727

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,999.97**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/21/2020 | $150.00 | 498485 | 01/21/2020 | $150.00 | 498483 |
| 02/25/2020 | $190.00 | 498489 | 03/24/2020 | $190.00 | 498494 |
| 05/22/2020 | $570.00 | 26422464205 | 06/25/2020 | $380.00 | 26422460223 |
| 07/08/2020 | $190.00 | 26422457984 | 08/25/2020 | $190.00 | 26422472654 |
| 09/29/2020 | $190.00 | 26453728012 | 11/10/2020 | $380.00 | 26453733614 |
| 02/03/2021 | $570.00 | 26453740195 | 02/09/2021 | $109.97 | 27112965570 |
| 04/13/2021 | $570.00 | 27233278784 | 08/18/2021 | $590.00 | 27233297921 |
| 09/03/2021 | $190.00 | 27233294861 | 10/01/2021 | $190.00 | 27643476554 |
| 11/02/2021 | $190.00 | 27643480470 | | | |

**Total Receipts: $4,989.97  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,989.97**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 351.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,563.50 | 100.00% | 4,638.31 | 925.19 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICOLLECT | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF NEW JERSEY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAPITAL ONE BANK (USA) NA | UNSECURED | 218.84 | * | 0.00 | |
| 0007 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | NEWREZ LLC | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 19-32727**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0012 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 5,833.27 | * | 0.00 | |
| 0016 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SANTANDER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | ST. CLARES HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,905.18 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,713.62 | * | 0.00 | |
| 0026 | UNITED STATES TREASURY/IRS | PRIORITY | 823.64 | 100.00% | 0.00 | |
| 0027 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | KIA MOTORS FINANCE | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0029 | UNITED STATES TREASURY/IRS | UNSECURED | 544.97 | * | 0.00 | |

**Total Paid: $4,989.97**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $4,989.97    -    Paid to Claims: $0.00    -    Admin Costs Paid: $4,989.97    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.