UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Attorney for Debtor

In Re:

Celia Marie Zelinski,
                    Debtor.

Case No.:           19-32727

Chapter:            13

Adv. No.:           _____

Hearing Date:       12/15/2022 10:00AM

Judge:              VFP

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_____ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for _SWHS&C, LLP_____, who represents

    Debtor_____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.


2.      On _____December 9, 2022_____, I sent a copy of the following pleadings and/or documents

        to the parties listed in the chart below.

        Certification in Opposition to Motion for Relief from Stay re: 50 Meriden Rd, Rockaway NJ
        07866.


3.      I certify under penalty of perjury that the above documents were sent using the mode of service

        indicated.

Date:    _December 9, 2022_____              /s/ Silvia Pereyra_____
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch.13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| KML Law Group, P.C.<br>c/o Brian C. Nicholas, Esq.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Shellpoint Mortgage Servicing | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |