Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−32727−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meridan Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−8924

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 19, 2021.

On 4/28/23 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:               June 1, 2023
Time:              08:30 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 1, 2023
JAN: lc

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 19-32727-VFP

Celia Marie Zelinski                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2023 | Form ID: 185 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celia Marie Zelinski, 50 Meridan Road, Rockaway, NJ 07866-1307 |
| 518604651 | + | Atlantic Health System, 475 South Street, Morristown, NJ 07960-6459 |
| 518604653 | + | Bank of New Jersey, P.O. Box 26012, Attn. Bankruptcy, Greensboro, NC 27420-6012 |
| 518604659 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 518604661 | | KML Law Group, P.C., 430, New Providence, NJ 07974 |
| 518604663 | + | Morris County Special Civil Part, 77 Hamilton St., Paterson, NJ 07505-2018 |
| 518604667 | + | St. Clares Health System, P.O. Box 536598, Pittsburgh, PA 15253-5907 |
| 518604670 | + | Walter J. Zelinski II, 50 Meridan Road, Rockaway, NJ 07866-1307 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2023 00:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2023 00:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 02 2023 00:41:00 | HYUNDAI CAPITAL AMERICA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2023 00:49:18 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518604650 | | Email/Text: ebn@americollect.com | May 02 2023 00:41:00 | AmeriCollect, PO Box 1566, Manitowoc, WI 54221 |
| 518604652 | + | Email/Text: bk@avant.com | May 02 2023 00:41:00 | Avant, P.O. Box 9183380, Attn. Bankruptcy, Chicago, IL 60691-3380 |
| 518604654 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 02 2023 00:40:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518604655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2023 00:49:24 | Capital One, PO Box 30285, Attn. Bankruptcy, Salt Lake City, UT 84130-0285 |
| 518622233 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2023 00:49:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604656 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2023 00:41:00 | Comenity Bank, PO BOX 18215, Columbus, OH 43218-2273 |
| 518604657 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2023 00:41:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518604658 | + | Email/Text: mrdiscen@discover.com | May 02 2023 00:40:00 | Discover Bank, 2500 Lake Cook Rd., Deerfield, IL 60015-3801 |
| 518681010 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2023 | Form ID: 185 | Total Noticed: 36 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 02 2023 00:41:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519152983 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2023 00:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518604660 | + | Email/Text: EBNBKNOT@ford.com | May 02 2023 00:41:00 | Kia Motors Finance, P.O. Box 20825, Attn: Bankruptcy, Fountain Valley, CA 92728-0825 |
| 518604662 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 00:49:19 | LVNV Funding, LLC, PO Box 10497, Attn: Bankruptcy, Greenville, SC 29603-0497 |
| 518681540 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 00:49:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518712960 | + | Email/Text: mtgbk@shellpointmtg.com | May 02 2023 00:40:00 | NewRez LLC DBA Shellpoint Mortgage Serv, PO Box 10826, Greenville, SC 29603-0826 |
| 518710236 | | Email/Text: mtgbk@shellpointmtg.com | May 02 2023 00:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519133909 | + | Email/Text: mtgbk@shellpointmtg.com | May 02 2023 00:40:00 | NewRez, LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518604664 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2023 00:49:36 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| 518652012 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2023 00:49:29 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 518652011 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2023 00:49:35 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518604665 | ^ | MEBN | May 02 2023 00:40:48 | Quality Asset Recovery, PO Box 239, Attn. Bankruptcy, Gibbsboro, NJ 08026-0239 |
| 518604666 | + | Email/Text: DeftBkr@santander.us | May 02 2023 00:41:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 518604668 | | Email/PDF: gecsedi@recoverycorp.com | May 02 2023 00:49:26 | Synchrony Bank, PO Box 960012, Orlando, FL 32896-0012 |
| 518607370 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2023 00:49:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518604669 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2023 00:49:20 | Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2023  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C. Nicholas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| David L. Stevens | on behalf of Debtor Celia Marie Zelinski dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Jamal J Romero | on behalf of Debtor Celia Marie Zelinski jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8