Dear Bankruptcy court and Judge Papalia,

This letter is written on behalf of Celia M Zelinski at 50 Meriden rd. Rockaway NJ 07866.

The case number is 19-32727 VfP. There is Malpractice, Negligence, tortious interference at Scura ,Wigfield,Heyer,Stevens & Cammarota involving our matter.    I have clear cut probable cause. This has been going on for quite some time. I notified the firm of this several times. There is a papertrail showing dates proving so. I alerted the firm a while ago about this. They are aware of this.I recently gave the firm signed contractual documents regarding the malpractice,negligence,and other claims. The docs are signed and there are videos attached stating that the witness Celia M Zelinski signed the docs. She agrees with the    legal action and wont interfere. There are more witness's also. I have started retaining another attorney for mediation and need an adjournment. I spoke with Jean Renzulli on June 20th, 2023 about this. I was advised to speak to jean and your office about this by dave stevens himself at scura. If there is any questions please contact me at 310.713.6555. Thanks for your time and Talk soon.

Best,

Walter Zelinski

310.713.6555

table4chairs2eat@gmail.com

Dear Bankruptcy court and Judge Papalia,

This letter is written on behalf of Celia M Zelinski at 50 Meriden rd. Rockaway NJ 07866.

The case number is 19-32727 VfP. There is Malpractice, Negligence, tortious interference at Scura, Wigfield, Heyer, Stevens & Cammarota involving our matter.   I have clear cut probable cause. This has been going on for quite some time. I notified the firm of this several times. There is a papertrail showing dates proving so. I alerted the firm a while ago about this. They are aware of this. I recently gave the firm signed contractual documents regarding the malpractice, negligence, and other claims. The docs are signed and there are videos attached stating that the witness Celia M Zelinski signed the docs. She agrees with the   legal action and wont interfere. There are more witness's also. I have started retaining another attorney for mediation and need an adjournment. I spoke with Jean Renzulli on June 20th, 2023 about this. I was advised to speak to jean and your office about this by dave stevens himself at scura. If there is any questions please contact me at 310.713.6555. Thanks for your time and Talk soon.

Best,

Walter Zelinski

310.713.6555

table4chairs2eat@gmail.com

*[signature: Walter Zelinski]*

*[signature: Celia M Zelinski 6/22/23]*