Marie Ann Greenberg and Judge Papalia

This letter is written on behalf of Celia M Zelinski at 50 Meriden rd. Rockaway NJ 07866.

The case number is 19-32727 VfP.    I Walter J Zelinski the 3rd, client of Scura,Stevens,Heyer,Wigfield & Cammarota and part owner of the house. That pays and assists with the bills as per the adress listed above. Have conferenced

in with Jamal Romero about an objection to the letter regarding dismissmal. The objection is understood and will be provided. The lawfirm will be involved with the objection. I have other council im in process of retaining that im in premediation regarding the matter also.The attorneys know I have the docs proving, I and we, are    financially capable and can proceed with making payments. Those docs were left out and there were other docs on the way for further proof of being capable of making the payments. Due to the negligence and malpractice in the matter. They weren't provided. The attorneys know that there is malpractice,negligence,tortious Interference,2c Harassment & clear cut perjury involved in our matter. Its on paper and attached to this in the next docs. The firm above is aware of the 2c harassment on paper in there posession with witness's on video stating they wont interfere with legal action taken and understand.    The firm listed above, that I Walter j Zelinski the 3rd,    retained and paid for.    Knows im taking legal action regarding everything listed in this doc. We conferenced & mediated about this matter and it is very clear cut. "We" meaning the attorneys listed above. The phone calls are recored. The firm retained by me above understands,agree's, and will not tortiously interfere with my legal action taken. This will be provided in the objection and legal action will continue. This has been going on for several months and longer. Its proveable in court. I have probable cause with a papertrail with other council involved on paper in a contractual agreement as a witness. That witness knows I retained and paid for the attorney listed above, He signed off on it. There are    other witness's that understand the malpractice matter above also. The attorney Steve Ravin ,that vetted me to the firm listed above    is my private network I know on my own. Theres No tortious interfence allowed in that and unfortunately thats part of the malpractice also as listed above.

The objection will be sent in shortly. Thanks for your time.


Best,

Walter Zelinski

310.713.6555

X *[signature]*
June 27th 2023

*[signature]* Celia M Zelinski
CELIA M Zelinski
June 27th 2023

U.S. BANKRUPTCY COURT FILED
2023 JUN 27 P 1:25

*The firms Denies
I'm their client
with perjury*




# Secaucus Police Department
1203 Paterson Plank Rd, Secaucus, NJ 07094
Phone: 201-330-2060  Fax: 201-330-2064  Mun. Code: 0909
## Supplemental Investigation Report

Narrative Continued (Page 2)

Case Number: **23-003411A**

I then contacted the attorney's office (Scura Wigfield) that he claims to go to within Secaucus. They advised that they do not have a client by the name of Walter Zelinski. No further police action taken.



This Doc Proves I retained and paid for Dave's firms services

# I Steven Ravin

Referred Walter Zelinski the 3rd To dave Stevens at scura. Walter zelinski the 3rd then retained dave Stevens.

April. 21, 2022

Walter Zelinski the 3rd

Steven Ravin

Walter

He was vetted by Steve Ravin Ates witness

Steve's Authorization
Here that it's his Applicant
with his name signature



Doc I Doc 2 Involving the perjury on paper with case number

## 📶 Verizon 🛜 ✳︎          1:59 PM          ⏰ 48% 🔋

### Done  SPD 23-003411 + Sup...  🔍  Ⓐ

| PO Thomas Hering Jr. 194 | 01/22/23 |
|---|---|

**3 of 4**

## Secaucus Police Department
1203 Paterson Plank Rd, Secaucus, NJ 07094
Phone: 201-330-2060  Fax: 201-330-2064  Mun. Code: 0909
### Supplemental Investigation Report

**Incident Details:**

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date / Time of | Time Occurred | Date Occurred | 911 | Complete |
|---|---|---|---|---|---|---|---|---|---|
| 23-003411A | 20:19 | 02/08/23 | 12:00 | 01/19/23 | | | | | X |

**Incident Type:** Investigation Follow-Up

**Incident Location:**

| Street # | Street Name | Intersection / Cross Street of: |
|---|---|---|
| 1 | Harmon Meadow Blvd | Harmon Meadow Blvd / |
| Business / Common Location Name | | |

**Contact Information:** Victim  Suspect  Complainant  Witness  Driver  Arrest  Passenger  Missing  Involved  Other

| Code | Contact Name #1 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| Address | | | | | Home Phone | | Cell Phone | |

| Code | Contact Name #2 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| Address | | | | | Home Phone | | Cell Phone | |

| Code | Contact Name #3 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| Address | | | | | Home Phone | | Cell Phone | |

| Code | Contact Name #4 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| Address | | | | | Home Phone | | Cell Phone | |

**Property Information:**

| Value of Stolen Property | Currency | Jewelry | Furs | Clothing | Auto | Misc. | Total |
|---|---|---|---|---|---|---|---|
| Value of Stolen Property Recovered | | | | | | | |

**Automobile Information:**

| | Vehicle Code | Year | Make | Body Type | Color | Registration | State | VIN |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

**Narrative:**