Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32727−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meridan Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−8924

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/3/23 at 10:00 AM

to consider and act upon the following:

*133* − Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 7/4/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*135* − Document re: Letter from Debtor and son Walter Zelinski indicating that there is Malpractice, Negligence, tortious interference involving our matter filed by Celia Marie Zelinski. (rh) Modified text on 6/22/2023 (dmc).

*136* − Correspondence re: Letter about forthcoming objection to Dismissal to be submitted by the Debtor's attorney (related document:133 Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 7/4/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Walter J. Zelinski II. (wdh)

*137* − Certification in Opposition to (related document:133 Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 7/4/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Jamal J Romero on behalf of Celia Marie Zelinski. (Romero, Jamal)

Dated: 7/7/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court