| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 5, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   CELIA MARIE ZELINSKI | Case No.:  19-32727 VFP<br><br>Hearing Date:  8/3/2023 |

**INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 5, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): CELIA MARIE ZELINSKI

Case No.: 19-32727

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 08/03/2023 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) case will be dismissed on 8/17/2023 if the following is not complied with by 8/15/2023: (1) debtor must make a plan payment of $9,739.83 (2) debtor must file with the court an amended schedule I&J (3) debtor must provide the trustee with proof of income.