**scura**

SCURA • WIGFIELD • HEYER
STEVENS • CAMMAROTA, LLP

www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

▲■ John J. Scura III, Esq.          ● Guillermo J. Gonzalez, Esq.          Erich H. Kamm, Esq.
   David C. Wigfield, Esq.             Carlos D. Martinez, Esq.              Aiden Murphy, Esq.
 ● Christopher Heyer, Esq.            Jamal Romero, Esq.                  ◆ Joseph A. Hallock, Esq. (Of Counsel)
 ● David L. Stevens, Esq.             Timothy J. Bartzos, Esq.              Amy L. Knapp, Esq. (Of Counsel)
 ● Pietro Cammarota, Esq.             Paul S. Evangelista, Esq.

■ Certified by the Supreme Court of New Jersey    ● Also admitted in New York    ▲ Also admitted in Pennsylvania    ◆ Also admitted in Florida
   as a Civil Trial Attorney

August 8, 2023

**Email and Fed-Ex over night**
Celia Marie Zelinski
50 Meridan Rd.,
Rockaway, New Jersey 07866

      RE:    Celia Marie Zelinski
                Bankruptcy Case No:19-32727-VFP

Dear Mrs. Zelinski,

      The Trustee's office filed a certification of default for failure to make plan payments and your failure to file amended schedules I and J and provide the Trustee with updated proof of income to support the increased plan payment (Doc# 133). The motion was heard on August 4, 2023, an Interim order (Doc# 141) was entered requiring that you are current with plan payments (**$9,739.83**), file amended I & J and provide proof of income by August 15, 2023. If you fail to do any of the above the case will be dismissed on August 17, 2023. Please contact me with any questions or concerns that you may have or if you wish to discuss the matter further.

                                              Regards,

                                              *Jamal Romero*

Wayne                         Secaucus                        Hackensack                      Newark*
1599 Hamburg Tpke             1 Harmon Meadow Blvd            3 University Plaza              One Gateway Center
Wayne, NJ 07470               Suite 201                       Suite 207                       Suite 2600
*Mailing Address*             Secaucus, NJ 07094              Hackensack, NJ 07601            Newark, NJ 07102

*Meeting location - by appointment only.