| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Angela C. Pattison, Esq. <br> 1415 Route 70 East, Suite 309 <br> Cherry Hill, NJ 08034 <br> Telephone: (856) 616-8086 <br> Email: apattison@hillwallack.com <br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | **Order Filed on August 18, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: <br><br> Celia Marie Zelinski <br><br> Debtor(s) | Chapter: 13 <br><br> Case No.: 19-32727-VFP <br><br> Hearing Date: <br><br> Judge: Vincent F. Papalia, U.S.B.J. |

Recommended Local Form    ☐ Followed  ☒ Modified

# ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: August 18, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): Celia Marie Zelinski
Case No.: 19-32727-VFP
Caption of Order: **Order Vacating Automatic Stay and Co-Debtor Stay**

Upon the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay and under Bankruptcy Code Section 1301 for relief from the co-debtor stay as to certain real property as hereinafter set forth, and for cause shown,

**ORDERED** as follows:

The automatic stay of Bankruptcy Code Section 362(a) and co-debtor stay of Bankruptcy Code Section 1301 is vacated to permit the Movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Real property more fully described as: 50 Meriden Rd, Rockaway, NJ 07866, also known as Block 30701, Lot 30 as shown on the Tax Map of the Township of Rockaway, Morris County, New Jersey.

**It is further ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**It is further ORDERED** that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**It is further ORDERED** that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.