Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32727−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Celia Marie Zelinski
   50 Meridan Road
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−8924

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/23/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 23, 2023
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-32727-VFP

Celia Marie Zelinski  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Aug 23, 2023  Form ID: 148  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celia Marie Zelinski, 50 Meridan Road, Rockaway, NJ 07866-1307 |
| 518604651 | + | Atlantic Health System, 475 South Street, Morristown, NJ 07960-6459 |
| 518604653 | + | Bank of New Jersey, P.O. Box 26012, Attn. Bankruptcy, Greensboro, NC 27420-6012 |
| 518604659 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 518604661 | | KML Law Group, P.C., 430, New Providence, NJ 07974 |
| 518604663 | + | Morris County Special Civil Part, 77 Hamilton St., Paterson, NJ 07505-2018 |
| 518604667 | + | St. Clares Health System, P.O. Box 536598, Pittsburgh, PA 15253-5907 |
| 518604670 | + | Walter J. Zelinski II, 50 Meridan Road, Rockaway, NJ 07866-1307 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2023 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2023 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2023 20:31:00 | HYUNDAI CAPITAL AMERICA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518604650 | | Email/Text: ebn@americollect.com | Aug 23 2023 20:31:00 | AmeriCollect, PO Box 1566, Manitowoc, WI 54221 |
| 518604652 | + | Email/Text: bk@avant.com | Aug 23 2023 20:31:00 | Avant, P.O. Box 9183380, Attn. Bankruptcy, Chicago, IL 60691-3380 |
| 518604654 | + | EDI: TSYS2 | Aug 24 2023 00:24:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518604655 | + | EDI: CAPITALONE.COM | Aug 24 2023 00:24:00 | Capital One, PO Box 30285, Attn. Bankruptcy, Salt Lake City, UT 84130-0285 |
| 518622233 | + | EDI: AIS.COM | Aug 24 2023 00:24:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518604656 | | EDI: WFNNB.COM | Aug 24 2023 00:24:00 | Comenity Bank, PO BOX 18215, Columbus, OH 43218-2273 |
| 518604657 | | EDI: WFNNB.COM | Aug 24 2023 00:24:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518604658 | + | EDI: DISCOVER.COM | Aug 24 2023 00:24:00 | Discover Bank, 2500 Lake Cook Rd., Deerfield, IL 60015-3801 |
| 518681010 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |

|  |  |  | Aug 23 2023 20:31:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
|---|---|---|---|---|
| 519152983 | + | EDI: IRS.COM | Aug 24 2023 00:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518604660 | + | Email/Text: EBNBKNOT@ford.com | Aug 23 2023 20:31:00 | Kia Motors Finance, P.O. Box 20825, Attn: Bankruptcy, Fountain Valley, CA 92728-0825 |
| 518604662 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2023 20:44:52 | LVNV Funding, LLC, PO Box 10497, Attn: Bankruptcy, Greenville, SC 29603-0497 |
| 518681540 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2023 20:44:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518712960 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 23 2023 20:30:00 | NewRez LLC DBA Shellpoint Mortgage Serv, PO Box 10826, Greenville, SC 29603-0826 |
| 518710236 |  | Email/Text: mtgbk@shellpointmtg.com | Aug 23 2023 20:30:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519133909 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 23 2023 20:30:00 | NewRez, LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518604664 |  | EDI: PRA.COM | Aug 24 2023 00:24:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| 518652012 |  | EDI: PRA.COM | Aug 24 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 518652011 |  | EDI: PRA.COM | Aug 24 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518604665 | ^ | MEBN | Aug 23 2023 20:29:50 | Quality Asset Recovery, PO Box 239, Attn. Bankruptcy, Gibbsboro, NJ 08026-0239 |
| 518604666 | + | Email/Text: DeftBkr@santander.us | Aug 23 2023 20:31:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 518604668 |  | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Synchrony Bank, PO Box 960012, Orlando, FL 32896-0012 |
| 518607370 | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518604669 | + | EDI: AIS.COM | Aug 24 2023 00:24:00 | Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | * | Walter J. Zelinski, II, 50 Meridan Road, Rockaway, NJ 07866-1307 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

**Name**     **Email Address**

Angela Catherine Pattison
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com

Brian C. Nicholas
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

David L. Stevens
on behalf of Debtor Celia Marie Zelinski dstevens@scura.com
ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Jamal J Romero
on behalf of Debtor Celia Marie Zelinski jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

John R. Morton, Jr.
on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9